UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | ) |
| | ) Case No. 5:08-cv-1961 |
| Plaintiff, | ) |
| | ) Judge Sara Lioi |
| v. | ) |
| | ) Magistrate Judge Gallas |
| THE HILLMAN GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with this provision, this Corporate Disclosure Statement is filed on behalf of: HY-KO PRODUCTS COMPANY.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? No.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? No.

Respectfully submitted,

Steven S. Kaufman (0016662)
 Steve.Kaufman@ThompsonHine.com
O. Judson Scheaf (0040285)
 Judson.Scheaf@ThompsonHine.com
Megan D. Dortenzo (0079047)
 Megan.Dortenzo@ThompsonHine.com
Gary L. Walters (0071572)
 Gary.Walters@ThompsonHine.com
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
(Tel) 216.566.5500
(Fax) 216.566.5800

*Attorneys for Plaintiff Hy-Ko Products Company*