IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | § |
| | §  Civil Action No. 5:08cv1961 |
| Plaintiff, | § |
| | § |
| v. | §  Judge Sara Lioi |
| | § |
| THE HILLMAN GROUP, INC., | §  Magistrate Judge Gallas |
| | § |
| Defendant. | § |

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of the party, The Hillman Group, Inc., in compliance with the provisions of Local Civil Rule 3.13(b). The party is a subsidiary of The Hillman Companies, Inc., which is a privately-held company. No publicly held corporation owns 10% or more of the party's stock, and no publicly held corporation or affiliate has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement, or indemnity agreement.

Date:   September 2, 2008                                  Respectfully submitted,

|   |   |
|---|---|
| | By: */s/ Daniel F. Gourash* |
| | Daniel F. Gourash (0032413) |
| | Seeley, Savidge, Ebert & Gourash Co., LPA |
| OF COUNSEL: | 26600 Detroit Road |
| | Cleveland, Ohio 44145-2397 |
| Christopher P. Isaac | tel: 216-566-8200 |
| Darren M. Jiron | fax: 216-566-0213 |
| Finnegan Henderson Farabow | dfgourash@sseg-law.com |
| Garrett & Dunner, LLP | |
| Two Freedom Square | *Attorneys for Defendant* |
| 11955 Freedom Dr. | *The Hillman Group, Inc.* |
| Reston, VA 20190 | |

*Attorneys for Defendant*
   *The Hillman Group, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on September 2, 2008, a true and correct copy of the foregoing document captioned CORPORATE DISCLOSURE STATEMENT was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       <u>/s/ Daniel F. Gourash</u>
       Daniel F. Gourash (0032413)