IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HY-KO PRODUCTS COMPANY, | § | |
| | § | Civil Action No.  5:08cv1961 |
| Plaintiff, | § | |
| | § | |
| v. | § | Judge Sara Lioi |
| | § | |
| THE HILLMAN GROUP, INC., | § | Magistrate Judge Gallas |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO
EXTEND TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT FOR DECLARATORY JUDGMENT**

Defendant The Hillman Group, Inc. ("Hillman") respectfully moves the Court to extend the time by which Hillman is required to move, answer, or otherwise respond to Plaintiff's Complaint for seven (7) days, or until September 9, 2008.  Plainfiff Hy-Ko Products Company does not oppose Hillman's extension of time request.  Hillman requests this seven-day extension of time not for purposes of delay, but to obtain sufficient time to fully address issues raised in Plaintiff's Complaint.  Accordingly, for these reasons, Hillman respectfully requests that the Court extend the time to answer and/or otherwise respond in any manner to Plaintiff's Complaint until September 9, 2008.

Date:   September 2, 2008               Respectfully submitted,


                                        By:  */s/ Daniel F. Gourash*
                                        Daniel F. Gourash (0032413)
                                        Seeley, Savidge, Ebert & Gourash Co., LPA
                                        26600 Detroit Road
                                        Cleveland, Ohio 44145-2397
OF COUNSEL:                             tel: 216-566-8200
                                        fax: 216-566-0213
Christopher P. Isaac                    dfgourash@sseg-law.com
Darren M. Jiron
Finnegan Henderson Farabow              *Attorneys for Defendant*
Garrett & Dunner, LLP                       *The Hillman Group, Inc.*
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190

*Attorneys for Defendant*
    *The Hillman Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, a true and correct copy of the foregoing document captioned UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>                           /s/ Daniel F. Gourash
>                           Daniel F. Gourash (0032413)