IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HY-KO PRODUCTS COMPANY, | ) | CASE NO. 5:08 CV 1961 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | MAGISTRATE JUDGE GALLAS |
| v. | ) | |
| | ) | **JOINT MOTION TO CHANGE DATE** |
| HILLMAN GROUP, INC., | ) | **FOR CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| Defendant. | ) | |

Plaintiff, Hy-Ko Products Company, and Defendant, Hillman Group, Inc., hereby move that the Case Management Conference currently scheduled for Noon on October 15, 2008 be changed to November 12, 2008.  The grounds for this motion are that the parties and their counsel have substantial pre-existing conflicts with the above-scheduled date and time and cannot attend.  The parties and their counsel have worked in good faith and diligently between themselves, and with the Court's scheduler, to find a date agreeable to all.   The parties and their counsel can be available any time on November 12, 2008 that fits within the Court's schedule.

                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Gary L. Walters* | */s/ Daniel F. Gourash* |
| Gary L. Walters (0071572) | Daniel F. Gourash (0032413) |
| Thompson Hine, LLP | Seeley, Savidge, Ebert & Gourash Co., LPA |
| 3900 Key Center | 26600 Detroit Road |
| 127 Public Square | Cleveland, Ohio 44145-2397 |
| Cleveland, OH  44114 | tel: 216-566-8200 |
| tel: 216-566-5730 | fax: 216-566-0213 |
| fax: 216-566-5800 | *dfgourash@sseg-law.com* |
| *gary.walters@thompsonhine.com* | |
| | Attorney for Defendant, Hillman  Group, Inc. |
| Attorney for Plaintiff, Hy-Ko Products Company | |

IT IS SO ORDERED.

_____
JUDGE LIOI

2

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing was electronically filed with the court this 8th day of October, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel F. Gourash*