IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | ) CASE NO. 5:08 CV 1961 |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) MAGISTRATE JUDGE GALLAS |
| v. | ) |
| | ) **MOTION FOR ADMISSION PRO HAC** |
| HILLMAN GROUP, INC., | ) **VICE OF CHRISTOPHER P. ISAAC** |
| | ) |
| Defendant. | ) |

Defendant, Hillman Group, Inc., by and through counsel Daniel F. Gourash, hereby moves for admission *pro hac vice* of Christopher P. Isaac pursuant to Local Rule 83.5(h). Mr. Isaac is an attorney licensed to practice in the State of Virginia. Mr. Isaac's qualifications and personal information are contained in the attached affidavit. Mr. Isaac will associate with local counsel, Daniel F. Gourash. Mr. Isaac's pertinent information is as follows:

    Christopher P. Isaac
    Finnegan Henderson Farabow
    Garrett & Dunner, LLP
    Two Freedom Square
    11955 Freedom Drive
    Reston, VA 20190-5675
    571.203.2700
    202.408.4400 (fax)
    *chris.isaac@finnegan.com*
    Bar Registration No. 27801

For the foregoing reasons, Defendant, Hillman Group, Inc., respectfully requests that the Court enter an order pursuant to Local Rule 83.5(h) permitting Christopher P. Isaac to appear *pro hac vice* in the within matter.

Respectfully submitted,

*/s/ Daniel F. Gourash*
Daniel F. Gourash (0032413)
Seeley, Savidge, Ebert & Gourash Co., LPA
26600 Detroit Road
Cleveland, Ohio 44145-2397
tel: 216-566-8200
fax: 216-566-0213
*dfgourash@sseg-law.com*

Attorney for Defendant, Hillman Group, Inc.

2

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was electronically filed with the court this 10th day of November, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Daniel F. Gourash*