IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HY-KO PRODUCTS COMPANY, | ) | CASE NO. 5:08 CV 1961 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | MAGISTRATE JUDGE GALLAS |
| v. | ) | |
| | ) | **AFFIDAVIT OF CHRISTOPHER P.** |
| HILLMAN GROUP, INC., | ) | **ISAAC** |
| | ) | |
| Defendant. | ) | |

NOW COMES CHRISTOPHER P. ISAAC, being first duly sworn upon oath and states upon personal knowledge:

1. I am an attorney with the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675, 571.203.2700. My email address is *chris.isaac@finnegan.com*.

2. I have been retained by Hillman Group, Inc., to defend this cause on its behalf, and I am associated with local counsel, Daniel F. Gourash of Seeley Savidge Ebert & Gourash, Co., LPA located at 26600 Detroit Road, Cleveland, Ohio 44145.

3. I am a member in good standing of the District of Columbia and Virginia Bars, and I regularly appear in civil litigation throughout the United States. My District of Columbia and Virginia State Bar numbers are 422405 and 27801, respectively.

4. I was admitted to practice in the highest court in the State of Virginia in October, 1987 and in the District of Columbia in January, 1990.

5. I believe that my knowledge of the factual and substantive areas of law in this case will be of particular benefit with regard to the efficient handling of this case.

6.  I am in good standing, have never been suspended, disbarred or subject to professional discipline in any Court, and I shall submit to the jurisdiction and rules of this Court governing professional conduct.

_____
Christopher P. Isaac

Subscribed and Sworn to before
me this 10 day of November, 2008

_____
Notary Public

BETTY L. FINLEY
Notary Public
Commonwealth of Virginia
320551
My Commission Expires Sep 30, 2010

2