# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HY-KO PRODUCTS COMPANY, | ) | CASE NO.  5:08cv1961 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| HILLMAN GROUP, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case is being returned to the Clerk's Office for reassignment in accordance with L.R. 3.1(b)(4) to Judge David D. Dowd, Jr., as this case is a re-filing of 5:07cv3729.

**IT IS SO ORDERED**.

Dated: November 13, 2008

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**