DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Hy-Ko Products Company | ) | |
| | ) | CASE NO. 5:08 CV 1961 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Hillman Group, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Judge Sara Lioi of this court, conducted a case management conference on November 12, 2008, and issued a case management plan and trial order. The Court adopts the plan adopted by Judge Lioi, except as to actions to follow the completion of the claims construction hearing presently scheduled for October 1, 2009. Prior to the Markman hearing, now scheduled for October 1, 2009, the Court will conduct a status conference on Monday, July 20, 2009, at 12:00 noon, following the submission of a joint claims construction chart scheduled to be filed by July 15, 2009. The previous status conference date of July 30, 2008, is cancelled.

    IT IS SO ORDERED.

| | |
|---|---|
|  November 21, 2008  |  */s/ David D. Dowd, Jr.*  |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |