IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| HY-KO PRODUCTS COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HILLMAN GROUP, INC., )<br>)<br>Defendant. )<br>)<br>) | CASE NO. 5:08cv1961<br><br>JUDGE DAVID D. DOWD, JR. |

**JOINT STATUS REPORT FOR THE PERIOD OF
NOVEMBER 12, 2008 TO DECEMBER 27, 2008**

Pursuant to the Court's Case Management Plan and Trial Order dated November 12, 2008, the parties report the following:

**(1) Status of Discovery**

During the reporting period, Hillman responded to Plaintiff Hy-Ko Products Company's ("Hy-Ko") first set of interrogatories and requests for production. Also, the Hillman Group, Inc. ("Hillman") served Hy-Ko its first set of interrogatories and requests for production. Further, the parties are presently negotiating the contents of a protective order for the Court's approval.

**(2) Status of Settlement**

No settlement discussion has occurred during the reporting period.

**(3) Motions Filed**

During the reporting period, a pro hac vice motion for one of Hillman's attorneys was filed. No motion remains pending.

**(4) Potential Deviation from Schedule**

The parties do not believe a deviation from the current schedule is necessary.

Dated:  December 29, 2008               Respectfully submitted,


*/s/ Daniel F. Gourash*
Daniel F. Gourash, Esq. (0032413)
SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
26600 Detroit Road
Cleveland, Ohio  44145-2397
Tel:  216.566.8200
Fax:  216.566.0213

and

Christopher P. Isaac, Esq. (VA Bar No. 27801)
Judy W. Chung, Esq. (VA Bar No. 74760)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia  20190-5675
Tel:  571.203.2700
Fax:  202.408.4400

*Attorneys for Defendant*
*The Hillman Group, Inc.*

2

*/s/ Gary L. Walters*
STEVEN S. KAUFMAN (0016662)
*Steven.Kaufman@ThompsonHine.com*
O. JUDSON SCHEAF, III (0040285)
*Judson.Scheaf@ThompsonHine.com*
MEGAN D. DORTENZO (0079047)
*Megan.Dortenzo@ThompsonHine.com*
GARY L. WALTERS (0071572)
*Gary.Walters@ThompsonHine.com*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500
(216) 566-5800 (Facsimile)

*Attorneys for Plaintiff Hy-Ko Products Company*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT STATUS REPORT FOR THE PERIOD OF NOVEMBER 12, 2008 TO DECEMBER 27, 2008 was electronically filed on this 29th day of December, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Daniel F. Gourash*
        One of the Attorneys for Defendant The
        Hillman Group, Inc.