DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Hy-Ko Products Company, | ) |
| | ) CASE NO. 5:08 CV 1961 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| The Hillman Group, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court acknowledges the joint status report filed December 29, 2008, as directed by the Case Management Plan (Document 20).  No further 45 day status reports are required.

IT IS SO ORDERED.

| | |
|---|---|
| January 5, 2009 | *S/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |