**EXHIBIT D**



**FINNEGAN**
**HENDERSON**
**FARABOW**
**GARRETT &**
**DUNNER LLP**

Two Freedom Square • 11955 Freedom Drive • Reston, VA 20190-5675 • 571.203.2700 • Fax 202.408.4400
www.finnegan.com

CHRISTOPHER P. ISAAC
571-203-2740
chris.isaac@finnegan.com

November 20, 2007

Robert H. Earp, III, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

VIA FACSIMILE

Re: Alleged Infringement of U.S. Patent No. 7,114,894

Dear Mr. Earp:

We have received your November 16, 2007 letter, which frankly we find non-responsive to our detailed assertion of infringement. You should have full knowledge of your client's product, and the '894 patent and its prosecution history are readily available to you. Yet, you provide absolutely no basis as to why your client's product does not infringe the '894 patent.

In an attempt to resolve this matter amicably, we will extend the response date to November 28, 2007. That is almost three full weeks after our initial contact with Hy-Ko. If we do not have a substantive response by November 28, 2007, we will proceed with steps to protect Hillman's patent rights.

Sincerely,

Christopher P. Isaac

CPI/vamc

Washington, DC • Atlanta, GA • Cambridge, MA • Palo Alto, CA • Reston, VA • Brussels • Taipei • Tokyo