DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Hy-Ko Products Company, | ) | |
| | ) | CASE NO. 5:08 CV 1961 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Hillman Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has moved for leave to file an amended complaint to add plaintiff Aurora Properties (ECF 22).  Defendant is granted leave until February 9, 2009, to respond to plaintiff's motion to amend.

IT IS SO ORDERED.

 January 30, 2009                              *s/ David D. Dowd, Jr.*
Date                                                    David D. Dowd, Jr.
                                                             U.S. District Judge