IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 5:08-CV-1961 (Dowd) |
| ) | Judge Dowd |
| THE HILLMAN GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**HIILMAN'S RESPONSE TO HY-KO'S MOTION FOR LEAVE TO
AMEND COMPLAINT *INSTANTER***

Defendant The Hillman Group, Inc. ("Hillman") does not oppose Hy-Ko's Motion For Leave To Amend Complaint *Instanter* filed on January 28, 2009. Hillman notes, however, that the proposed amended Complaint attached to the Motion should be styled <u>Amended</u> Complaint For Declaratory Judgment Of Noninfringement, Invalidity, And Unenforceability Of Patent No. 7,114,894, when it is filed. The parties have discussed this issue, and Hy-Ko has agreed to style its subsequent filing as an Amended Complaint.

Also, because of the addition of Aurora Properties as a co-plaintiff in this action, Hillman respectfully requests that the Court also grant Hillman leave to include a patent infringement counterclaim against Aurora Properties. Hillman suggests that it may be more efficient to resolve this issue now, as opposed to filing a separate motion for leave. The parties have discussed this issue, and Hy-Ko has agreed to the inclusion of a patent infringement

counterclaim against Aurora Properties.  Therefore, Hillman respectfully requests that the Court grant Hillman leave to include a patent infringement counterclaim against Aurora Properties.

Dated:  February 9, 2009                                    Respectfully submitted,

                                                            */s/ Daniel F. Gourash*
                                                            Daniel F. Gourash, Esq. (0032413)
                                                            SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
                                                            26600 Detroit Road
                                                            Cleveland, Ohio  44145-2397
                                                            Tel:  216.566.8200
                                                            Fax:  216.566.0213

                                                            and

                                                            Christopher P. Isaac, Esq. (VA Bar No. 27801)
                                                            Judy W. Chung, Esq. (VA Bar No. 74760)
                                                            FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
                                                            Two Freedom Square
                                                            11955 Freedom Drive
                                                            Reston, Virginia  20190-5675
                                                            Tel:  571.203.2700
                                                            Fax:  202.408.4400

                                                            *Attorneys for Defendant*
                                                            *The Hillman Group, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing HIILMAN'S RESPONSE TO HY-KO'S MOTION FOR LEAVE TO AMEND COMPLAINT *INSTANTER* was filed electronically on this 9th day of February, 2009. Parties will receive notice through the Court's electronic filing system.


               */s/ Daniel F. Gourash*
               One of the Attorneys for Defendant
               The Hillman Group, Inc.