DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hy-Ko Products Company, | ) | |
| | ) | CASE NO. 5:08 CV 1961 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Hillman Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has moved for leave to amend its complaint to add Aurora Properties Holding

Company, LLC, as a plaintiff in this action (ECF 22).  According to plaintiff's motion to amend:

1) Aurora Properties owns virtually all of the key cutting machines used and operated by Hy-Ko

which are the subject of the instant declaratory judgment action; 2) Aurora Properties is wholly

owned by Hy-Ko's chief executive officer; and 3) Aurora Properties concurs with its addition as a

party plaintiff in this action.

The Court granted defendant leave to respond to plaintiff's motion to amend (ECF 24).

Hillman does not oppose plaintiff's motion (ECF 25).

Plaintiff's motion for leave to amend its complaint is granted.  Such amended complaint

should be filed by February 20, 2009.  Defendant is granted leave to file an amended answer,

including newly added counterclaims, by February 27, 2009.  The case management plan remains in

place.

IT IS SO ORDERED.

  February 12, 2009              _s/ David D. Dowd, Jr._____
Date                          David D. Dowd, Jr.
                             U.S. District Judge