**EXHIBIT C**

# McDonald Hopkins

McDonald Hopkins LLC
Attorneys at Law

600 Superior Avenue, E.   P  216.348.5400
Suite 2100                F  216.348.5474
Cleveland, Ohio 44114     mcdonaldhopkins.com

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Robert H. Earp, III
Writer's Direct Dial (216) 430-2003
Writer's e-mail: rearp@mcdonaldhopkins.com

November 16, 2007

*VIA FACSIMILE: (202-408-4400)*
*Confirmation by Mail*

Christopher P. Isaac, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, D.C. 20001

    Re: Alleged Infringement of U.S. Patent No. 7,114,894

Dear Mr. Isaac:

We represent Hy-Ko Products Co. (hereinafter "Hy-Ko") with regard to intellectual property matters. Your letter dated November 9, 2007, addressed to Mr. Bert Ross alleging that Hy-Ko infringes U.S. Patent No. 7,114,894, has been referred to my office. Initially, please note that Mr. Burt Ross has long since retired from Hy-Ko and Mr. Michael Bass is the President and CEO of Hy-Ko Products Co. Nevertheless, please direct all future correspondence regarding this matter to my attention.

Please be assured that Hy-Ko respects all valid, intellectual property rights of others and would not willfully disregard those rights. Hy-Ko takes your allegations of infringement seriously and intends to immediately investigate this matter and cooperate in addressing the issues raised in your letter.

Nevertheless, the arbitrary 10-day deadline prescribed in your letter for receiving a response is insufficient to perform such an investigation. Please know that we have already ordered the file history for the '894 patent and begun our investigation. Once we have completed our investigation concerning this matter, we will promptly and formally respond to your allegations.

M̲H

{1333331:}

11/16/2007 17:06 FAX 216 348 5474    MCDONALD HOPKINS    @003/003

November 16, 2007
Page 2

In the meantime, should you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

MCDONALD HOPKINS LLC

Robert H. Earp, III

{8133331:}

M H

11/16/2007 17:06 FAX  216 348 5474     MCDONALD HOPKINS                              ☒001/003



McDonald Hopkins LLC
Attorneys at Law

600 Superior Avenue, E.            p 216.348.5400
Suite 2100                         f 216.348.5474
Cleveland, Ohio 44114              mcdonaldhopkins.com

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

# Facsimile Transmittal Cover Sheet

Date: November 16, 2007

To:    Christopher P. Isaac, Esq.          Company: Finnegan Henderson Farabow Garrett & Dunner LLP

Fax:   1-202-401-4400                      Phone:

From:  Robert H. Earp, III                 Client Code No: 16223

                                           Matter Code No.: 00001

Total Pages (including Cover Page): 3      · *The original of this document will be sent by:*

*Please call OFFICE SERVICES @ 216.348.5441,*      ☒ Ordinary Mail
*if you do not receive all of these pages.*        ☐ Certified Mail
                                                   ☐ Messenger
                                                   ☐ Overnight Delivery
                                                   ☐ Facsimile and Ordinary Mail
                                                   ☐ Facsimile Only
                                                   ☐ E-Mail

COMMENTS:

                                           Please return to: Jackie Boziak
                                           Floor No.: 21

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT (OR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMISSION TO THE INTENDED RECIPIENT), ANY DISCLOSURE, COPY, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND DESTROY THE ORIGINAL TRANSMISSION AND ALL COPIES.