**EXHIBIT E**

# McDonald Hopkins

McDonald Hopkins LLC
Attorneys at Law

600 Superior Avenue, E.  |  p 216.348.5400
Suite 2100                |  f 216.348.5474
Cleveland, Ohio 44114     |  mcdonaldhopkins.com

Chicago I Cleveland I Columbus I Detroit I West Palm Beach

Robert H. Earp, III
Writer's Direct Dial (216) 430-2003
Writer's e-mail: rearp@mcdonaldhopkins.com

November 27, 2007

*VIA FACSIMILE (202-408-4400)*
*Confirmation by Mail*

Christopher P. Isaac, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, D.C. 20001

   Re:   Alleged Infringement of U.S. Patent No. 7,114,894

Dear Mr. Isaac:

We are in receipt of your facsimile letter received November 20, 2007. Because of the Thanksgiving holiday, I was out of town and therefore not aware of your letter until yesterday.

As previously stated, Hy-Ko respects all valid, intellectual property rights of others and would not willfully disregard those rights. We take your allegations of infringement seriously and are diligently investigating this matter. And while we anticipate providing you with a substantive response as soon as possible, our investigation of this matter and formal response to your allegations will not be completed by your new arbitrary deadline of November 28, 2007.

It is our continued hope that we can resolve this matter amicably and without resort to litigation. However, neither your original 10-day demand deadline nor the current 10 business-day demand deadline, due to the Thanksgiving holiday, provides ample time to fully investigate this matter and prepare a substantive response.

M H

{1135581:}

11/27/2007 17:21 FAX 216 348 5474    MCDONALD HOPKINS                          ☒003/003

November 27, 2007
Page 2

Nevertheless, we are continuing our due diligence and will provide you with a substantive response as soon as possible.

Very truly yours,

MCDONALD HOPKINS LLC

*[signature]*

Robert H. Earp, III

M<sub>H</sub>