**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| HY-KO PRODUCTS COMPANY,<br><br>and<br><br>AURORA PROPERTIES HOLDING COMPANY, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>THE HILLMAN GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 5:08-CV-1961 (Dowd)<br>Judge Dowd |

**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
TO ADD PARTIES OR AMEND PLEADINGS**

Pursuant to the Case Management Plan and Trial Order of November 11, 2008, the deadline to add parties or amend pleadings is currently set for April 1, 2009.  However, because the parties have yet to complete the exchange of documents as of the date of this joint stipulation, Defendant The Hillman Group, Inc. ("Hillman") and Plaintiffs Hy-Ko Products Company ("Hy-Ko") and Aurora Properties Holding Company, LLC. ("Aurora," or collectively, "Plaintiffs"), through their respective counsel of record, and subject to approval of the Court, jointly agree and stipulate to extend the deadline to add parties or amend pleadings to May 1, 2009, so that the parties may have sufficient time to review all relevant documents before the deadline to add parties and/or amend the pleadings.

Dated:  March 30, 2009

| | |
|---|---|
| *(per consent)* | */s/ Daniel F. Gourash* |
| Steven S. Kaufman (0016662) | Daniel F. Gourash, Esq. (0032413) |
| *Steven.Kaufman@ThompsonHine.com* | SEELEY, SAVIDGE, EBERT & GOURASH |
| O. Judson Scheaf, III (0040285) | CO., LPA |
| *Judson.Scheaf@ThompsonHine.com* | 26600 Detroit Road |
| Megan D. Dortenzo (0079047) | Cleveland, Ohio  44145-2397 |
| *Megan.Dortenzo@ThompsonHine.com* | Tel:  216.566.8200 |
| Gary L. Walters (0071572) | Fax: 216.566.0213 |
| *Gary.Walters@ThompsonHine.com* | |
| THOMPSON HINE LLP | and |
| 3900 Key Center | |
| 127 Public Square | Christopher P. Isaac, Esq. (VA Bar No. 27801) |
| Cleveland, Ohio 44114 | Judy W. Chung, Esq. (VA Bar No. 74760) |
| (216) 566-5500 | FINNEGAN, HENDERSON, FARABOW, |
| (216) 566-5800 (Facsimile) | GARRETT & DUNNER LLP |
| | Two Freedom Square |
| *Attorneys for Plaintiffs Hy-Ko Products Company & Aurora Properties Holding Company, L.L.C.* | 11955 Freedom Drive |
| | Reston, Virginia  20190-5675 |
| | Tel:  571.203.2700 |
| | Fax: 202.408.4400 |
| | |
| | *Attorneys for Defendant* |
| | *The Hillman Group, Inc.* |

## ORDER

**SO ORDERED** this \_\_\_\_\_ day of _____, 2009.

_____
The Honorable David D. Dowd, Jr.

2

CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with this Court his 31st day of March, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel F. Gourash*
One of the Attorneys for Defendant Hillman Group, Inc.