IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY | CASE NO. 5:08cv1961 |
| and | |
| | JUDGE DOWD |
| AURORA PROPERTIES HOLDING COMPANY, LLC, | |
| Plaintiffs, | |
| | NOTICE OF APPEARANCE |
| v. | |
| THE HILLMAN GROUP, INC., | |
| Defendant. | |

Please take notice that Holly H. Armstrong of Thompson Hine LLP hereby enters her appearance as counsel for plaintiffs, Hy-Ko Products Company and Aurora Properties Holding Company, LLC. Please include Ms. Armstrong in the service of all future pleadings, notices, and filings in this matter.

Respectfully submitted,

DATED: April 22, 2009

/s/ Holly H. Armstrong
Holly H. Armstrong (0084054)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Fax: (216) 566-5800
Holly.Armstrong@ThompsonHine.com

*Counsel for Plaintiffs*
*Hy-Ko Products Company & Aurora Properties*
*Holding Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2009, a copy of the foregoing was filed electronically with the Court's Case Management / Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/ Holly H. Armstrong

*Counsel for Plaintiffs Hy-Ko Products Company*
*& Aurora Properties Holding Company, LLC*