DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Hy-Ko Products Company, et al., | ) | |
| | ) | CASE NO. 5:08 CV 1961 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| The Hillman Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has moved for leave to file a second amended answer to include additional counterclaims of infringement by plaintiffs of United States Patent No. 6,064,747 ('747 Patent). ECF 32. The amended complaint and original counterclaims involve United States Patent No. 7,114.894 ('894 Patent). According to defendant's motion, the '747 Patent involves the same parties and accused products as the '894 Patent.

Plaintiffs are granted leave until May 11, 2009 to respond to defendant's motion, and any reply must be filed by May 15, 2009.

IT IS SO ORDERED.

| | |
|---|---|
|   May 1, 2009 |   *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |