IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **HY-KO PRODUCTS COMPANY,** *et al.* | ) | CASE NO. 5:08cv1961 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGE DOWD** |
| v. | ) | |
| | ) | |
| **THE HILLMAN GROUP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | **PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** *INSTANTER* |

Pursuant to Fed. R. Civ. P. 15(a), Hy-Ko Products Company ("Hy-Ko") and Aurora Properties Holding Company, LLC ("Aurora") respectfully move this Court for leave to amend their First Amended Complaint in order to make clear that their action for declaratory judgment includes both generations of Hy-Ko's key-cutting devices—Hy-Ko's Model No. KZA-100 and Model No. KZA-200—under Hillman's U.S. Patent No. 7,114,894 and U.S. Patent No. 6,064,747.

A memorandum in support is attached.

Respectfully submitted,

/s/ Gary L. Walters
STEVEN S. KAUFMAN (0016662)
*Steven.Kaufman@ThompsonHine.com*
O. JUDSON SCHEAF, III (0040285)
*Judson.Scheaf@ThompsonHine.com*
MEGAN D. DORTENZO (0079047)
*Megan.Dortenzo@ThompsonHine.com*
GARY L. WALTERS (0071572)
*Gary.Walters@ThompsonHine.com*
HOLLY H. ARMSTRONG (0084054)
*Holly.Armstrong@ThompsonHine.com*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500
(216) 566-5800 (Facsimile)

*Attorneys for Plaintiffs Hy-Ko Products Company & Aurora Properties Holding Company, LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiffs' Motion for Leave to Amend First Amended Complaint Instanter* was filed electronically this 1st day of May, 2009. Parties will receive notice through the Court's electronic filing system.

/s/ Gary L. Walters
One of the Attorneys for Plaintiffs