# EXHIBIT D

## McDonald Hopkins

McDonald Hopkins LLC
Attorneys at Law

600 Superior Avenue, E.  | p 216.348.5400
Suite 2100 | f 216.348.5474
Cleveland, Ohio 44114 | mcdonaldhopkins.com

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Robert H. Earp, III
Writer's Direct Dial (216) 430-2003
Writer's e-mail: rearp@mcdonaldhopkins.com

November 16, 2007

*VIA FACSIMILE: (202-408-4400)*
*Confirmation by Mail*

Christopher P. Isaac, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, D.C. 20001

    Re: Alleged Infringement of U.S. Patent No. 7,114,894

Dear Mr. Isaac:

We represent Hy-Ko Products Co. (hereinafter "Hy-Ko") with regard to intellectual property matters. Your letter dated November 9, 2007, addressed to Mr. Bert Ross alleging that Hy-Ko infringes U.S. Patent No. 7,114,894, has been referred to my office. Initially, please note that Mr. Bert Ross has long since retired from Hy-Ko and Mr. Michael Bass is the President and CEO of Hy-Ko Products Co. Nevertheless, please direct all future correspondence regarding this matter to my attention.

Please be assured that Hy-Ko respects all valid, intellectual property rights of others and would not willfully disregard those rights. Hy-Ko takes your allegations of infringement seriously and intends to immediately investigate this matter and cooperate in addressing the issues raised in your letter.

Nevertheless, the arbitrary 10-day deadline prescribed in your letter for receiving a response is insufficient to perform such an investigation. Please know that we have already ordered the file history for the '794 patent and begun our investigation. Once we have completed our investigation concerning this matter, we will promptly and formally respond to your allegations.

M H

{1331331t}

11/16/2007 17:08 FAX 216 348 5474    MCDONALD HOPKINS    ⌀003/003

November 16, 2007
Page 2

In the meantime, should you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

MCDONALD HOPKINS LLC

Robert H. Earp, III

M<sub>H</sub>