# EXHIBIT E

11/16/2007 17:08 FAX 216 348 5474     MCDONALD HOPKINS                              ☒001/003


McDonald Hopkins LLC
Attorneys at Law

400 Superior Avenue, E.    p 216.348.5400
Suite 2100                 f 216.348.5474
Cleveland, Ohio 44114      mcdonaldhopkins.com

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

## Facsimile Transmittal Cover Sheet

Date: November 16, 2007

To: Christopher P. Isaac, Esq.     Company: Finnegan Henderson Farabow
                                    Garrett & Dunner LLP
Fax: 1-202-401-4400                 Phone:

From: Robert E. L. Earp, III        Client Code No: 16223

                                    Matter Code No.: 00001

Total Pages (including Cover Page): 3     The original of this document will be sent by:

Please call OFFICE SERVICES @ 216.348.5441,   ☒ Ordinary Mail
if you do not receive all of these pages.     ☐ Certified Mail
                                              ☐ Messenger
                                              ☐ Overnight Delivery
                                              ☐ Facsimile and Ordinary Mail
                                              ☐ Facsimile Only
                                              ☐ E-Mail

COMMENTS:

Please return to: Jackie Boziak
Floor No.: 21

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT (OR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMISSION TO THE INTENDED RECIPIENT), ANY DISCLOSURE, COPY, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND DESTROY THE ORIGINAL TRANSMISSION AND ALL COPIES.



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

Two Freedom Square • 11955 Freedom Drive • Reston, VA 20190-5675 • 571.203.2700 • Fax 202.408.4400
www.finnegan.com

CHRISTOPHER P. ISAAC
571-203-2740
chris.isaac@finnegan.com

November 20, 2007

Robert H. Earp, III, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

VIA FACSIMILE

Re: Alleged Infringement of U.S. Patent No. 7,114,894

Dear Mr. Earp:

We have received your November 16, 2007 letter, which frankly we find non-responsive to our detailed assertion of infringement. You should have full knowledge of your client's product, and the '894 patent and its prosecution history are readily available to you. Yet, you provide absolutely no basis as to why your client's product does not infringe the '894 patent.

In an attempt to resolve this matter amicably, we will extend the response date to November 28, 2007. That is almost three full weeks after our initial contact with Hy-Ko. If we do not have a substantive response by November 28, 2007, we will proceed with steps to protect Hillman's patent rights.

Sincerely,

Christopher P. Isaac

CPI/vamc

Washington, DC • Atlanta, GA • Cambridge, MA • Palo Alto, CA • Reston, VA • Brussels • Taipei • Tokyo