Status conference rescheduled for July 30, 2009 at 12:00 noon.

May 21, 2009
IT IS SO ORDERED.
s/David D. Dowd, Jr.
U.S.District Judge

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | CIVIL ACTION NO. 5:08-CV-1961 |
| and | JUDGE DOWD |
| AURORA PROPERTIES HOLDING COMPANY, LLC, | |
| Plaintiffs, | **JOINT MOTION TO RE-SCHEDULE STATUS CONFERENCE DATE** |
| v. | |
| THE HILLMAN GROUP, INC., | |
| Defendant. | |

Plaintiffs Hy-Ko Products Company and Aurora Properties Holding Company, LLC and Defendant The Hillman Group, Inc. hereby jointly move that the Court issue an Order rescheduling the Status Conference currently scheduled for July 20, 2009 until July 30, 2009.  The grounds for this Motion are that the Parties were unaware of a scheduling conflict when July 20 was selected for the Status Conference and that the conflict cannot be cured.  This Motion has been approved by both Plaintiffs and Defendant.

2

          Respectfully submitted,

          By:  */s/ Daniel F. Gourash*
          Daniel F. Gourash (0032413)
          Seeley, Savidge, Ebert & Gourash Co., LPA
          26600 Detroit Road
          Cleveland, Ohio 44145-2397
OF COUNSEL:          tel: 216-566-8200
          fax: 216-566-0213
Christopher P. Isaac          dfgourash@sseg-law.com
Judy W. Chung
Finnegan Henderson Farabow          *Attorneys for Defendant*
Garrett & Dunner, LLP            *The Hillman Group, Inc.*
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190

*Attorneys for Defendant*
   *The Hillman Group, Inc.*