DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Hy-ko Products, et al., ) | |
| ) | CASE NO. 5:08 CV 1961 |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| The Hillman Group, Inc., ) | |
| ) | |
| Defendant. ) | |

Before the Court is a proposed stipulated order agreed upon by all the parties.  ECF 41.

The proposed stipulated protective order is approved, subject to the following:

1. If any party uses confidential information in connection with a motion or other filing, only the confidential information, not the entire motion or filing, may be filed under seal unless the parties have requested and received advance permission from the Court to place the entire motion or filing under seal.

2. Any party using confidential information in connection with a motion or other filing shall provide a copy of the relevant material to the Court's chambers marked COPY - ORIGINAL FILED UNDER SEAL.

3. In the event this case should go to trial, no materials used in open court shall be entitled to a continuing designation of "confidential" unless otherwise ordered by the Court.

Lastly, the parties are directed to the Electronic Filing Policies and Procedures Manual, available at the Northern District of Ohio's website, for the requirements regarding the electronic filing of sealed documents.

IT IS SO ORDERED.

|  June 22, 2009    | *s/ David D. Dowd, Jr.* |
|---|---|
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |