IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | ) CASE NO. 5:08 CV 1961 |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) MAGISTRATE JUDGE GALLAS |
| v. | ) |
| | ) **MOTION FOR ADMISSION PRO HAC** |
| HILLMAN GROUP, INC., | ) **VICE OF STEPHEN E. KABAKOFF** |
| | ) |
| Defendant. | ) |

Defendant, Hillman Group, Inc., by and through counsel Daniel F. Gourash, hereby moves for admission *pro hac vice* of Stephen E. Kabakoff pursuant to Local Rule 83.5(h). Mr. Kabakoff is an attorney licensed to practice in the states of Georgia and Massachusetts Bars. Mr. Kabakoff's qualifications and personal information are contained in the attached affidavit. Mr. Kabakoff will associate with local counsel, Daniel F. Gourash. Mr. Kabakoff's pertinent information is as follows:

> Stephen E. Kabakoff
> Finnegan Henderson Farabow
> Garrett & Dunner, LLP
> Sun Trust Plaza
> 303 Peachtree Street, N.E.
> Atlanta, GA 30308-3263
> 404.653.6477
> *Stephen.kabakoff@finnegan.com*
> Georgia Bar Registration No. 143164
> Massachusetts Bar Registration No. 665562

For the foregoing reasons, Defendant, Hillman Group, Inc., respectfully requests that the Court enter an order pursuant to Local Rule 83.5(h) permitting Stephen E. Kabakoff to appear *pro hac vice* in the within matter.

Respectfully submitted,

*/s/ Daniel F. Gourash*
Daniel F. Gourash (0032413)
Seeley, Savidge, Ebert & Gourash Co., LPA
26600 Detroit Road
Cleveland, Ohio 44145-2397
tel: 216-566-8200
fax: 216-566-0213
*dfgourash@sseg-law.com*

Attorney for Defendant, Hillman Group, Inc.

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the court this 21st day of July, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Daniel F. Gourash*