IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, et al., | ) |
| | ) |
| | ) CASE NO. 5:08 CV 1961 |
| | ) |
| Plaintiff, | ) JUDGE DAVID D. DOWD, JR. |
| | ) |
| v. | ) |
| | ) |
| HILLMAN GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

AFFIDAVIT OF STEPHEN E. KABAKOFF

NOW COMES STEPHEN E. KABAKOFF, being first duly sworn upon oath and states upon personal knowledge:

1. I am an attorney with the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, 3500 Sun Trust Plaza, 303 Peachtree Street, N.E. Atlanta, GA 30308-3263, 404-653-6477. My email address is *stephen.kabakoff@finnegan.com*.

2. I have been retained by Hillman Group, Inc., to defend this cause on its behalf, and I am associated with local counsel, Daniel F. Gourash of Seeley Savidge Ebert & Gourash, Co., LPA located at 26600 Detroit Road, Cleveland, Ohio 44145.

3. I am a member in good standing of the Georgia and Massachusetts Bars and I regularly appear in civil litigation throughout the United States. My Georgia and Massachusetts State Bar numbers are 143164 and 665562, respectively.

4. I was admitted to practice in the highest court in the State of Georgia in October, 2008, and in the highest court in the State of Massachusetts in September, 2006.

5. I believe that my knowledge of the factual and substantive areas of law in this case will be of particular benefit with regard to the efficient handling of this case.

6. I am in good standing, have never been suspended, disbarred or subject to professional discipline in any Court and I shall submit to the jurisdiction and rules of this Court governing professional conduct.

_____
Stephen E. Kabakoff

Subscribed and Sworn to before
me this 21st day of July, 2009

_____
Notary Public

**ERICA L. CLARK**
**Notary Public, Clayton County, GA**
**My Commission Expires**
**November 21, 2010**