IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HY-KO PRODUCTS COMPANY et al., | ) | CASE NO. 5:08 CV 1961 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR ADMISSION PRO HAC** |
| HILLMAN GROUP, INC., | ) | **VICE OF CHRISTOPHER P. FOLEY** |
| | ) | |
| Defendant. | ) | |

Defendant, Hillman Group, Inc., by and through counsel Daniel F. Gourash, hereby moves

for admission *pro hac vice* of Christopher P. Foley pursuant to Local Rule 83.5(h).  Mr. Foley is an

attorney licensed to practice in the District of Columbia and Virginia.  Mr. Foley's qualifications

and personal information are contained in the attached affidavit.  Mr. Foley will associate with local

counsel, Daniel F. Gourash.  Mr. Foley's pertinent information is as follows:

> Christopher P. Foley
> Finnegan Henderson Farabow
> Two Freedom Drive
> Reston, Virginia  20109
> 571.203.2700
> *Christopher.foley@finnegan.com*
> District of Columbia Bar Registration No. 375556
> Virginia Bar Registration No. 65054

For the foregoing reasons, Defendant, Hillman Group, Inc., respectfully requests that the

Court enter an order pursuant to Local Rule 83.5(h) permitting Christopher P. Foley to appear *pro

hac vice* in the within matter.

Respectfully submitted,

/s/ Daniel F. Gourash
Daniel F. Gourash (0032413)
Seeley, Savidge, Ebert & Gourash Co., LPA
26600 Detroit Road
Cleveland, Ohio 44145-2397
tel: 216-566-8200
fax: 216-566-0213
dfgourash@sseg-law.com

Attorney for Defendant, Hillman Group, Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the court this 23rd day of July, 2009.

Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Daniel F. Gourash
Attorney for Defendant Hillman Group, Inc.