IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, et al., | ) |
| | ) |
| | ) CASE NO. 5:08 CV 1961 |
| | ) |
| Plaintiff, | ) JUDGE DAVID D. DOWD, JR. |
| | ) |
| v. | ) |
| | ) |
| HILLMAN GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

AFFIDAVIT OF CHRISTOPHER P. FOLEY

NOW COMES CHRISTOPHER P. FOLEY, being first duly sworn upon oath and states upon personal knowledge:

1. I am an attorney with the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190. My email address is christopher.foley@*finnegan.com*, 571-203-2700.

2. I have been retained by Hillman Group, Inc., to defend this cause on its behalf, and I am associated with local counsel, Daniel F. Gourash of Seeley Savidge Ebert & Gourash, Co., LPA located at 26600 Detroit Road, Cleveland, Ohio 44145.

3. I am a member in good standing of the District of Columbia and Virginia Bars, and I regularly appear in civil litigation throughout the United States. My District of Columbia and Virginia State Bar numbers are 375556 and 65054, respectively.

4. I was admitted to practice in the highest court in the State of Virginia in June, 2003 and in the highest court in the District of Columbia in December, 1983.

5. I believe that my knowledge of the factual and substantive areas of law in this case will be of particular benefit with regard to the efficient handling of this case.

6. I am in good standing, have never been suspended, disbarred or subject to professional discipline in any Court and I shall submit to the jurisdiction and rules of this Court governing professional conduct.

*Christopher P. Foley*
Christopher P. Foley

Subscribed and Sworn to before
me this 23rd day of July, 2009

*Linda D. Clark*
Notary Public

LINDA D. CLARK
Notary Public
Commonwealth of Virginia
321126
My Commission Expires Apr 30, 2010