DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Hy-Ko Products Company, et al., | ) | |
| | ) | CASE NO. 5:08 CV 1961 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| The Hillman Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The Court conducted a status conference on July 20, 2009, which was attended by counsel and principals for the parties. The case management plan and discovery issues were discussed.

The parties are granted leave until August 27, 2009 to revise their proposed schedule (ECF 49) to create a unified case management plan as to both patents which are the subject of this lawsuit. The Court will publish a case management plan after reviewing the parties' proposed unified schedule. The current claims construction briefing schedule and Markman hearing date of October 1, 2009 are vacated.

At the status conference, the parties advised the Court that differences are developing regarding discovery. This case is referred to Magistrate Judge Gallas to manage discovery and resolve discovery disputes.

IT IS SO ORDERED.

| | |
|---|---|
|   July 30, 2009 |   *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |