# EXHIBIT B

**From:** Isaac, Chris
**Sent:** Tuesday, August 18, 2009 10:32 AM
**To:** 'Scheaf, Judson'; 'Walters, Gary'
**Cc:** 'Daniel F. Gourash'; Cheung, Ashley
**Subject:**

Jud/Gary,

This email confirms our discussion where I indicated that Hillman would be dismissing with prejudice its claim for infringement of the '747 patent. I asked Hy-Ko to join Hillman in a joint motion to dismiss both Hillman's '747 infringement claim and Hy-Ko's related declaratory judgment claims. We agreed to talk tomorrow at 4:00 about this issue and to discuss a case schedule that involves only the original '894 patent. I am sending a proposed case schedule that will allow us to return to a schedule that approximates the original schedule for this case. This is a redline draft based on the last case schedule Hy-Ko circulated for a combined case involving both the '894 and '747 patents.

Chris

**Chris Isaac | Finnegan, Henderson, Farabow, Garrett & Dunner** | 11955 Freedom Drive, Suite 800 | Reston, VA 20190 | Phone: 571-203-2740 | Cell: 202-251-0430 | Fax: 202-408-4400 | Web: www.finnegan.com

**Proposed '894 Schedule (after July 30, 2009 Status Conference)**

1) Non-damages discovery cutoff: 10/1/09

2) Claims construction briefs: 9/16/09 (40 page limit)

3) Claim construction brief response: 9/30/09 (30 page limit)

4) Claim construction brief reply: 10/14/09 (15 page limit)

5) Markman Hearing: 11/13/09

    [Damages/Willfulness Discovery...] 2/26/10

6) Party with burden expert reports: 3/26/10

7) Responsive expert reports: 4/16/10

8) Expert discovery cutoff: 5/4/10

9) Dispositive Motion cutoff: 5/25/10

10) Final pre-trial: 8/2/10

11) Trial: 8/23/10

---

Deleted: /'747

Deleted: <#>Written initial disclosures: 9/3/09 ('747)¶
<#>Production initial disclosures: 9/17/09 ('747)¶
<#>Pltf discloses invalidating prior art: 10/28/09 ('747)¶
<#>Dfdt's claims construction chart: 11/18/09 ('894 and '747)¶
<#>Pltf responds to construction chart: 12/18/09 ('894 and '747)¶
<#>Jt. construction chart to Court: 1/11/10 ('894 and '747)¶
<#>Pltf notices "advice of counsel": 1/18/10 ('747)¶
<#>Status conference: 2/16/10¶

Deleted: 2/2/10
Deleted: 2/2/10
Deleted: 2/19/10
Deleted: 3/1/10
Deleted: 4/2/10
Deleted: 7/7/10
Deleted: 8/4/10
Deleted: 9/10/10
Deleted: 10/8/10
Deleted: 1/5/11
Deleted: 2/1/11