# EXHIBIT E

**FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER ECF 41 AND ORDER APPROVING ADDITIONAL CONDITIONS ECF 42 OF 6/22/09**