**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, | ) |
| and | ) |
| AURORA PROPERTIES HOLDING COMPANY, LLC | ) |
| Plaintiffs, | ) CASE NO. 5:08cv1961 |
|   | ) JUDGE DAVID D. DOWD, JR. |
| v. | ) |
| THE HILLMAN GROUP, INC., | ) |
| Defendant. | ) |

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (f)</u>**

Defendant, The Hillman Group, Inc., hereby certifies that this case has been assigned to a complex case track and that its Motion For Leave to Amend the Pleadings to Dismiss its Claims for Infringement of the '747 Patent and to Dismiss Hyko's Declaratory Judgment Claims Relating to the '747 Patent pursuant to Fed. R. Civ. Proc. 15 (a)(2) and 12 (b)(1), complies with the thirty (30) page limit under Local Rule 7.1 (f) for dispositive motions in complex cases.

Dated:  August 27, 2009		Respectfully submitted,


		*/s/ Daniel F. Gourash*
		Daniel F. Gourash, Esq. (0032413)
		SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
		26600 Detroit Road
		Cleveland, Ohio  44145-2397
		Tel:  216.566.8200
		Fax:  216.566.0213

		and

		Christopher P. Isaac, Esq. (VA Bar No. 27801)
		Judy W. Chung, Esq. (VA Bar No. 74760)
		FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
		Two Freedom Square
		11955 Freedom Drive
		Reston, Virginia  20190-5675
		Tel:  571.203.2700
		Fax:  202.408.4400

		*Attorneys for Defendant*
		*The Hillman Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>STEVEN S. KAUFMAN, Esq.
>MEGAN D. DORTENZO, Esq.
>GARY L. WALTERS, Esq.
>HOLLY H. ARMSTRONG, Esq.
>Thompson Hine LLP
>3900 Key Center
>127 Public Square
>Cleveland, Ohio 44114
>
>O. JUDSON SCHEAF, III, Esq.
>Thompson Hine LLP
>41 South High Street
>Suite 1700
>Columbus, Ohio 43215
>
>*Attorneys for Hy-Ko Products Company and Aurora Properties Holding Company, LLC*

By: */s/ Daniel F. Gourash*