**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **HY-KO PRODUCTS COMPANY,** *et al.*, | ) CASE NO. 5:08cv1961 |
| | ) |
| Plaintiffs, | ) |
| | ) **JUDGE DOWD** |
| v. | ) |
| | ) |
| **THE HILLMAN GROUP, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) **NOTICE OF FILING DEPOSITION** |
| | ) **TRANSCRIPT** |

Plaintiffs, Hy-Ko Products Company and Aurora Properties Holding Company, LLC, hereby gives notice of the filing of the deposition transcript of William R. Mutch, taken on July 9, 2009, in the above-captioned case.

Respectfully Submitted,

/s/ Gary L. Walters
STEVEN S. KAUFMAN (0016662)
  *Steven.Kaufman@ThompsonHine.com*
JUDSON SCHEAF, III (0040285)
  *Judson.Scheaf@ThompsonHine.com*
MEGAN D. DORTENZO (0079047)
  *Megan.Dortenzo@ThompsonHine.com*
GARY L. WALTERS (0071572)
  *Gary.Walters@ThompsonHine.com*
HOLLY H. ARMSTRONG (0084054)
  *Holly.Armstrong@ThompsonHine.com*
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Telephone: (216) 566-5500
Fax: (216) 566-5800

*Attorneys for Plaintiffs Hy-Ko Products Company
& Aurora Properties Holding Company, LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Filing Deposition Transcript was electronically filed on September 9, 2009.  A copy of the same will be served on counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

     /s/ Gary L. Walters
*One of the Attorneys for Hy-Ko Products Company and Aurora Properties Holding Company, LLC*