**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **HY-KO PRODUCTS COMPANY,** *et al.*, | CASE NO. 5:08cv1961 |
| Plaintiffs, | |
| v. | JUDGE DOWD |
| **THE HILLMAN GROUP, INC.,** | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)**

Plaintiffs, Hy-Ko Products Company and Aurora Properties Holding Company, LLC (collectively, "Hy-Ko"), hereby certify that this case has been assigned to a complex case track and that Hy-Ko's Brief in Opposition to Hillman's Motion to Dismiss Hy-Ko's Declaratory Judgment Claims Relating to the '747 Patent complies with the thirty (30) page limit under Local Rule 7.1(f) for motions relating to dispositive motions in cases on the complex track.

Dated: September 9, 2009	Respectfully Submitted,

/s/ Gary L. Walters
STEVEN S. KAUFMAN (0016662)
  *Steven.Kaufman@ThompsonHine.com*
O. JUDSON SCHEAF, III (0040285)
  *Judson.Scheaf@ThompsonHine.com*
MEGAN D. DORTENZO (0079047)
  *Megan.Dortenzo@ThompsonHine.com*
GARY L. WALTERS (0071572)
  *Gary.Walters@ThompsonHine.com*
HOLLY H. ARMSTRONG (0084054)
  *Holly.Armstrong@ThompsonHine.com*
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Telephone: (216) 566-5500
Fax: (216) 566-5800

*Attorneys for Plaintiffs Hy-Ko Products Company & Aurora Properties Holding Company, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed on September 9, 2009.  A copy of the same will be served on counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

    /s/ Gary L. Walters
*One of the Attorneys for Hy-Ko Products Company and Aurora Properties Holding Company,LLC*