# EXHIBIT B

140

1    wouldn't say prototype -- development phase.
2         Q.   Do you have a prototype working that
3    includes groove scanning?
4         A.   Of a key cutting -- a prototype? Yeah.
5    I guess I'd have to ask you to clarify.
6         Q.   Well, something that you're testing.
7    I don't know.  I'm not sure how you --
8         A.   Sorry.
9         Q.   A machine that's been built that
10   you're testing.  With that definition of
11   prototype, do you have a prototype of a key
12   identification machine that includes groove
13   scanning?
14        A.   Yes.
15        Q.   Okay.  And what are the results thus
16   far?
17        A.   That we appear to be able to identify
18   keys based on the milled grooves.
19        Q.   Is it groove scanning in combination
20   with backlighting?
21        A.   There's -- yeah.
22        Q.   Okay.  So you have two light sources,

Mutch, William R. 07-09-09

141

1   basically; is that right?
2           MR. WALTERS:  Objection.  Counsel,
3   you're wandering far afield for where we're at
4   for today's deposition or where we're supposed to
5   be per our agreement.
6           MR. ISAAC:  Well, it's my time, and I
7   think I'm entitled to use it --
8           MR. WALTERS:  No, no.  No, no. It's not
9   necessarily your time.  We've bifurcated this
10  case to talk about the '894 patent during this
11  phase of the litigation.
12          MR. ISAAC:  Actually, Mr. Walters, the
13  agreement was, we have another opportunity to
14  depose witnesses in connection with second
15  patents.  There's no prohibition of me doing
16  anything.  And, frankly, if they're in the
17  prototype stage, I'm entitled to find out what
18  that is.  I need to figure out how that will then
19  -- I'll ask him next if they changed the
20  mechanics because of that.
21          MR. WALTERS:  Great.  Can't wait for
22  you to get to that part of your questioning.