# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - June 30, 2009

1. Total requests filed since start of *ex parte* reexam on 07/01/81 .................................. 10066[1]

   a. By patent owner     3615     36%
   b. By other member of public     6286     62%
   c. By order of Commissioner     165     2%

2. Number of filings by discipline

   a. Chemical Operation     2914     29%
   b. Electrical Operation     3487     34%
   c. Mechanical Operation     3503     35%
   d. Design Patents     162     2%

3. Annual *Ex Parte* Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 481 YTD |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ........................................ 3079 .............. 31%

5. Decisions on requests ........................................................................... 9675

   a. No. granted ................................................................... 8895 ............ 92%

      (1) By examiner     8782
      (2) By Director (on petition)     113

   b. No. denied ........................................................................ 780 ............ 8%

      (1) By examiner     745
      (2) Reexam vacated     35

---

[1] Of the requests received in FY 2009, 20 requests have not yet been accorded a filing date, and preprocessing of 24 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)..................................858

    a.  Patent owner requester            444      52%
    b.  Third party requester             414      48%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency            25.1 (mos.)
    b.  Median pendency            19.5 (mos.)

8.  Reexam certificate claim analysis:

    |   | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|---|
    | a. | All claims confirmed | 22% | 27% | 12% | 25% |
    | b. | All claims cancelled | 8% | 13% | 21% | 11% |
    | c. | Claims changes | 70% | 60% | 67% | 64% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ..........................6908

    a.  Certificates with all claims confirmed      1705      25%
    b.  Certificates with all claims canceled      776      11%
    c.  Certificates with claims changes      4427      64%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER .......................................2792

        (1) All claims confirmed      621      22%
        (2) All claims canceled      228      8%
        (3) Claim changes      1943      70%

    b.  Certificates – 3rd PARTY REQUESTER ...............................................3969

        (1) All claims confirmed      1066      27%
        (2) All claims canceled      517      13%
        (3) Claim changes      2386      60%

    c.  Certificates – COMMISSIONER INITIATED REEXAM ..........................147

        (1) All claims confirmed      18      12%
        (2) All claims canceled      31      21%
        (3) Claim changes      98      67%

http://uspto.gov/web/patents/documents/ex_parte.pdf