**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, ) | |
| ) | |
| and ) | |
| ) | |
| AURORA PROPERTIES HOLDING ) | |
| COMPANY, LLC ) | |
| ) | CASE NO. 5:08cv1961 |
| Plaintiffs, ) | JUDGE DAVID D. DOWD, JR. |
| ) | |
| v. ) | |
| ) | |
| THE HILLMAN GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (f)

Defendant, The Hillman Group, Inc., hereby certifies that this case has been assigned to a

complex case track and that Hillman's Reply Brief in Support of Its Motion to Dismiss Hy-Ko's

Declaratory Judgment Claims Relating to the '747 Patent, complies with the thirty (30) page

limit under Local Rule 7.1 (f) for memoranda relating to dispositive motions in complex cases

September 11, 2009

Respectfully submitted,

*/s/ Daniel F. Gourash*

DANIEL F. GOURASH
   *dfgourash@sseg-law.com*
**SEELEY, SAVIDGE, EBERT & GOURASH**
26600 Detroit Road
Westlake, OH  44145
(216) 566-8200

CHRISTOPHER P. ISAAC
   *chris.isaac@finnegan.com*
**FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
Telephone:  (571) 203-2700
Fax:  (202) 408-4400

*Attorneys for Defendant The Hillman Group,
LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on September 11, 2009.  A copy of the same will be served on counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Daniel F. Gourash*
*Attorneys for Defendant The Hillman Group, LLC*