**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HY-KO PRODUCTS COMPANY,** *et al.*, | ) | **CASE NO. 5:08cv1961** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGE DOWD** |
| v. | ) | |
| | ) | |
| **THE HILLMAN GROUP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | **PLAINTIFFS' MOTION TO SEAL** |
| | ) | **DEPOSITION TRANSCRIPT OF** |
| | ) | **WILLIAM MUTCH** |
| | ) | |
| | ) | |
| | ) | |

Plaintiffs Hy-Ko Products Company and Aurora Properties Holding Company, LLC (collectively, "Hy-Ko") respectfully request that the Court seal the deposition transcript of William Mutch ("Mutch Deposition Transcript") contained in Docket Entry 56, Parts 1 and 2. Defendant The Hillman Group, Inc. consents to the sealing of the Mutch Deposition Transcript.

Local Rule 5.2 provides that "[n]o document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."  The Mutch Deposition Transcript contains confidential technical and proprietary information subject to the Protective Order entered by this Court on June 22, 2009.  (Dckt. 41.)  In order to protect the confidentiality of the technical and proprietary information contained in the Mutch Deposition Transcript, Hy-Ko respectfully requests that this Motion be granted and that the Mutch Deposition Transcript be placed under seal.  A proposed order is attached.

Respectfully Submitted,


/s/ Gary L. Walters
STEVEN S. KAUFMAN (0016662)
   *Steven.Kaufman@ThompsonHine.com*
O. JUDSON SCHEAF, III (0040285)
   *Judson.Scheaf@ThompsonHine.com*
MEGAN D. DORTENZO (0079047)
   *Megan.Dortenzo@ThompsonHine.com*
GARY L. WALTERS (0071572)
   *Gary.Walters@ThompsonHine.com*
HOLLY H. ARMSTRONG (0084054)
   *Holly.Armstrong@ThompsonHine.com*
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH  44114
Telephone: (216) 566-5500
Fax: (216) 566-5800

*Attorneys for Plaintiffs Hy-Ko Products Company*
*& Aurora Properties Holding Company, LLC*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Motion to Seal Deposition Transcript of

William Mutch was electronically filed on September 16, 2009.  A copy of the same will be

served on counsel of record by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's electronic filing system.

      /s/ Gary L. Walters

*One of the Attorneys for Hy-Ko Products*
*Company and Aurora Properties Holding*
*Company, LLC*