## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **HY-KO PRODUCTS COMPANY,** *et al.*, | ) | **CASE NO. 5:08cv1961** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGE DOWD** |
| v. | ) | |
| | ) | |
| **THE HILLMAN GROUP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

For good cause shown, the Court orders that the Deposition Transcript of William Mutch (Dckt. 56, Part 1 and Part 2) be filed under seal.

IT IS SO ORDERED.

JUDGE DAVID D. DOWD, JR.