# Renner, Kenner, Greive, Bobak, Taylor & Weber
First National Tower, Suite 400
106 South Main Street
Akron, OH 44308-1412

Via Court Filing
U.S. District Court for the Northern District
of Ohio

| | |
|---|---|
| Invoice Date: | December 20, 2010 |
| Services Through: | November 30, 2010 |
| Disbursements through: | December 20, 2010 |
| File #: | NDO.L.1 |
| Inv #: | 40896 |

**RE:** Special Master - Hy-Ko Products Company, et al. v. Hillman Group, Inc. Case No. 5:08-cv-1961

| DATE | DESCRIPTION | HRS | LAWYER | AMOUNT |
|---|---|---|---|---|
| Nov-16-10 | Telecon with counsel re scheduling issues for discovery | 0.30 | RLW | 60.00 |
| Nov-17-10 | Review, modify and file Fifth Order of Special Master | 0.50 | RLW | 100.00 |
| | Totals | | | $160.00 |

**DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Nov-30-10 | Photocopies | | | 6.00 |
| | Totals | | | $6.00 |

## Total Fees & Disbursements
## This Invoice                                    $166.00

TAX ID Number          34-1459631